**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:24cr489-MHT** |
| | ) | (WO) |
| **SIMON ALVAREZ DELACRUZ** | ) | |

**ORDER**

Based on the show-cause order (Doc. 121) and the response to it (Doc. 124), it is ORDERED that the issue of sanctions is set for an in-person, in-chambers, on-the-record hearing at 9:00 a.m. on Tuesday, August 19, 2025. Both defense and government counsel are to be present.

DONE, this the 15th day of August, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**